**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2025-CA-0040

Valerie Harding

- - Versus - -

LDH - Aging and Adult Services

State Civil Service Commission
Case #: 18960

On Application for Rehearing filed on 07/07/2025 by Valerie Harding

Rehearing _____ Denied. _____

_____
Allison H. Penzato

_____
Tess Percy Stromberg

_____
Wilson E. Fields

**JUL 3 1 2025**
Date

_____
Rodd Naquin, Clerk